■ In the Matter of 380 THIRD AVENUE ASSOCIATES, Appellant, v DIVISION OF HOUSING AND COMMUNITY RENEWAL OF THE STATE OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County (Carmen Beauchamp Ciparick, J.), entered on September 10, 1991, unanimously affirmed for the reasons stated by Ciparick, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ellerin, Kupferman, Kassal and Rubin, JJ.